USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

ISABELLE MITURA,

                              Plaintiff,

             -against-                      23-CV-2879 (VEC)

FINCO SERVICES, INC. d/b/a CURRENT,        ORDER
STUART SOPP, and ALEX SERGIYENKO, in
their individual and professional capacities,

                              Defendants.

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on April 6, 2023, Plaintiff filed a complaint against Defendants, *see* Dkt. 1;

       WHEREAS on June 2, 2023, Defendants filed a motion to compel arbitration as well as a motion to dismiss on 12(b)(6) grounds, *see* Dkt. 16; and

       WHEREAS on June 27, 2023, Plaintiff filed an Amended Complaint, *see* Dkts. 23–24;[1]

       IT IS HEREBY ORDERED that Defendant's motion is DENIED as moot. Not later than **July 19, 2023**, Defendant must move, answer, or otherwise respond to the Amended Complaint.

       IT IS FURTHER ORDERED that Plaintiff must show cause why the filing at docket entry 24 should remain sealed, pursuant to Rule 5 of the Undersigned's Individual Practices, by no later than **July 7, 2023**; otherwise, the Court will order that the sealing of docket entry 24 be lifted.

       The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 16.

---

[1] Plaintiff filed an Amended Complaint on June 27, 2023, Dkt. 23; Plaintiff then filed a redline of the Amended Complaint under seal, without a proper sealing motion or any indication of the basis for sealing, Dkt. 24. On June 28, 2023, Plaintiff filed a "corrected" redline of the Amended Complaint on the public docket. *See* Dkt. 25.

**SO ORDERED.**

**Date:  June 29, 2023**
            **New York, New York**

                                                                                    _____
                                                                                    **VALERIE CAPRONI**
                                                                                    **United States District Judge**