```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ISABELLE MITURA,

                                  Plaintiff,

            -against-                           23-CV-2879 (VEC)

FINCO SERVICES, INC. d/b/a CURRENT,           ORDER
STUART SOPP, and ALEX SERGIYENKO, in
their individual and professional capacities,

                                Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 19, 2024, the parties called Chambers with a discovery dispute pursuant to the Undersigned's Individual Rules and Practices Rule 3(B).

IT IS HEREBY ORDERED that the parties appear before the Court telephonically on **Monday, April 22, 2024** at **3:00 P.M.** All parties must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 2879. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

**Date: April 20, 2024**
       **New York, New York**

                                             **VALERIE CAPRONI**
                                             **United States District Judge**