```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ISABELLE MITURA,                                             :
                                                             :
                              Plaintiff,                     :
                                                             :
            -against-                                        :    23-CV-2879 (VEC)
                                                             :
FINCO SERVICES, INC. d/b/a CURRENT,                          :    ORDER
STUART SOPP, and ALEX SERGIYENKO, in                         :
their individual and professional capacities,                :
                                                             :
                              Defendants.                    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties called the Court pursuant to the Undersigned's Individual Practices Rule 3(B) regarding a discovery dispute related to ESI discovery, subpoenas, and medical records.

IT IS HEREBY ORDERED that the parties are ordered to meet and confer regarding the date range for the four ESI terms: "Mitura," "Isabelle," "lawsuit," and "talent acquisition," the use of the former General Counsel as a custodian, and the scope of medical records related to Plaintiff's leave. The parties must provide the Court with a joint status report by no later than May 15, 2024, regarding the status of these disputes.

IT IS FURTHER ORDERED that the joint status report must include a proposed schedule for Defendants' anticipated motion to quash the subpoena to the former General Counsel.

**SO ORDERED.**

**Date: April 22, 2024**
**New York, New York**

                                          _____
                                          **VALERIE CAPRONI**
                                          **United States District Judge**