USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isabelle Mitura,

                Plaintiff,

-against-

Finco Services, Inc. et al.,

                Defendants.

1:23-cv-02879 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. The parties promptly shall meet and confer to narrow the search term "valuation[.]"

2. On May 31, 2024, Defendants shall file a letter advising the Court as to the status of their uploading of Slack messages in a searchable format and the status and estimated date of completion of their review of text messages.

3. Plaintiff shall produce, for Attorneys' Eyes Only, oncology records from the onset of diagnosis through April 30, 2024. No later than May 24, 2024, Defendant shall provide the requested HIPAA release form to Plaintiff, who shall return the executed form to Defendants no later than May 29, 2024.

4. The parties' proposed schedule regarding Defendants' motion to quash the subpoena to take the deposition of Current's former General Counsel, Jodi Golinsky, is approved. Defendants shall file their motion no later than June 5, 2024. Plaintiff shall file her opposition no later than June 17, 2024 and Defendants shall file their reply no later than July 3, 2024.

5. Defendants shall substantially complete their production of emails by June 7, 2024.

6. The deadline for the completion of fact discovery is extended until August 16, 2024. Further extensions shall be granted only upon a substantial showing of good cause and then only for a specific, limited purpose.

**SO ORDERED.**

Dated:    New York, New York
          May 22, 2024

_____
STEWART D. AARON
United States Magistrate Judge