```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ISABELLE MITURA,                                             :
                                                             :
                           Plaintiff,                        :
                                                             :
          -against-                                          :   23-CV-2879 (VEC)
                                                             :
FINCO SERVICES, INC. d/b/a CURRENT,                          :   ORDER
STUART SOPP, and ALEX SERGIYENKO, in                         :
their individual and professional capacities,                :
                                                             :
                           Defendants.                       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS the post-fact discovery conference is scheduled for August 27, 2024 at 10:00 A.M.

   IT IS HEREBY ORDERED that the conference is ADJOURNED to August 27, 2024 at 10:30 A.M.

**SO ORDERED.**

**Date: August 27, 2024**
**New York, New York**

                                         _____
                                         **VALERIE CAPRONI**
                                         **United States District Judge**