UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isabelle Mitura,

           Plaintiff,

-against-

Finco Services, Inc. et al.,

           Defendants.

1:23-cv-02879 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Amended Order of Reference (ECF No. 102), and having been apprised by Judge Caproni's Chambers of additional discovery disputes for the undersigned's resolution, it is NOW, THEREFORE, hereby ORDERED that the parties shall confer and file a joint letter no later than Friday, September 6, 2024, which shall include:

1. Each discovery dispute organized by headers, with each of the parties' positions outlined thereunder by sub-headers; and

2. For purposes of scheduling a settlement conference, four (4) mutually agreeable dates when all parties and counsel are available to hold a settlement conference, which should also indicate whether the parties are available in the morning or afternoon (or both) for the selected dates, and the parties' preference regarding an in-person or remote conference.

**SO ORDERED.**

Dated:    New York, New York
           August 28, 2024

_/s/ Stewart D. Aaron_
STEWART D. AARON
United States Magistrate Judge