USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
ISABELLE MITURA,                                               :
                                                               :
                                 Plaintiff,                    :
                                                               :
               -against-                                       :   23-CV-2879 (VEC)
                                                               :
FINCO SERVICES, INC. d/b/a CURRENT,                            :        ORDER
STUART SOPP, and ALEX SERGIYENKO, in                           :
their individual and professional capacities,                  :
                                                               :
                                 Defendants.                   :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a post-fact discovery conference on August 27, 2024.

IT IS HEREBY ORDERED that the briefing schedule for the parties' anticipated motions is as follows:

- Plaintiff's motion for sanctions regarding spoliation must be filed by no later than September 27, 2024.

- Defendants' motion for summary judgment must be filed by no later than September 27, 2024.

- Plaintiff's opposition and cross-motion for summary judgment must be filed by no later than October 25, 2024.

- Defendants' opposition to Plaintiff's motion for sanctions must be filed by no later than October 25, 2024.

- Plaintiff's reply on her motion for sanctions must be filed by no later than November 22, 2024.

- Defendants' reply and opposition to Plaintiff's cross-motion must be filed by no later than November 22, 2024.

- Plaintiff's reply on her cross-motion must be filed by no later than December 6, 2024.

IT IS FURTHER ORDERED that the Court will enter an amended referral to the Magistrate Judge for a settlement conference by separate order.

**SO ORDERED.**

**Date: August 28, 2024**
**New York, New York**

                                    **VALERIE CAPRONI**
                                    **United States District Judge**