```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Isabelle Mitura,

                Plaintiff,

-against-

Finco Services, Inc. et al.,

                Defendants.

1:23-cv-02879 (VEC) (SDA)

ORDER SCHEDULING
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

    A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, September 23, 2024, at 2:00 p.m. The conference shall proceed by Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means.

    The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Monday, September 16, 2024).

**SO ORDERED.**

Dated:    New York, New York
            September 9, 2024

                                              */s/ Stewart D. Aaron*
                                              STEWART D. AARON
                                              United States Magistrate Judge